AO 199A (Rev. 12/11- EDCA [Fresno])  Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) ) | Case No.   6:17MJ00046-MJS |
| JOSHUA AURELIO VELMONT, | ) ) | |

### ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) Unless waived by the Court, the defendant must appear before:   U.S. District Court, Yosemite on September 13, 2017 at 10:00 AM before Magistrate Judge Michael J. Seng.
*Place*

(5) Pending further Order of this Court, the defendant shall not have contact with victim, Desiree Fabiszak, directly or in-directly though mail, any electronic means, phone or via third party until further Order of this Court. Defendant must stay 100 yards away from the victim. If the need to distribute on the OR divide of the property of the parties arises, the parties may meet jointly to accomplish same but only in the presence of a Law Enforcement Officer as agreed by Counsel for defendant and for Government.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 7-25-2017

*Defendant's signature*

Date: 7/25/17

*Judicial Officer's Signature*

Magistrate Judge Michael J. Seng
*Printed name and title*