1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOSHUA VELMONT
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) Case No. 6:17-mj-00046 MJS
                                   )
12              Plaintiff,         )
                                   ) **STIPULATION FOR BRIEFING**
13      vs.                        ) **SCHEDULE AND CONTINUANCE OF**
                                   ) **TRIAL; ORDER**
14  JOSHUA VELMONT,                )
                                   )
15              Defendant.         )
                                   )
16  _____ )

17       IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Hope Alley, counsel for Joshua Velmont, that a briefing schedule and

20  evidentiary hearing be set and that the trial currently scheduled for November 8, 2017 be

21  continued until November 29, 2017. It is further stipulated that the briefing schedule and

22  evidentiary hearing be set as follows:

23              Defendant's Motion:         October 5, 2017

24              Government's Opposition:    October 19, 2017

25              Defendant's Reply:          October 26, 2017

26              Evidentiary Hearing:        November 8, 2017

27  //

28  //

|     |                              |                                                                                      |
|-----|------------------------------|--------------------------------------------------------------------------------------|
|     |                              | PHILLIP A. TALBERT<br>United States Attorney                                         |
| Dated: September 22, 2017     |                              | /s/ *Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|     |                              | HEATHER E. WILLIAMS<br>Federal Defender                                              |
| Dated: September 22, 2017     |                              | /s/ *Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSHUA VELMONT |

# **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Trial in Case No. 6:17-mj-00046-MJS, is continued from November 8, 2017, to November 29, 2017. An evidentiary hearing is set for 10:OO AM November 8, 2017.

IT IS SO ORDERED.

Dated:  September 22, 2017          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

*United States v. Velmont*, 6:17-mj-00046
Stipulation for Briefing Schedule and Continuance of Trial
Page **2** of **2**