| | |
|---|---|
| Susan St. Vincent<br>Legal Officer<br>NATIONAL PARK SERVICE<br>Legal Office<br>P.O. Box 517<br>Yosemite, California  95389<br>Telephone:  (209) 372-0241 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHUA AURELIO VELMONT,<br><br>  Defendant. | No.  6:17-mj-0046-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.  At this time, the Government does not believe it can prove the matter beyond a reasonable doubt.

.

| | |
|---|---|
| Dated:  October 4, 2017 | NATIONAL PARK SERVICE<br><br> /S/ Susan St. Vincent_____<br>Susan St. Vincent<br>Legal Officer |

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Velmont* 6:17-mj-0046-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 6, 2017                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE